JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALPESH P. SOLANKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WYNDHAM HOTELS AND RESORTS, INC., et al., <br><br> Defendants. | Case No. 5:23-cv-01507-SP <br><br> **ORDER DISMISSING CASE FOR LACK OF PROSECUTION** |

  Plaintiffs filed a complaint to initiate this action on July 31, 2023, naming Wyndham Hotels & Resorts, Inc. and Super 8 Worldwide, Inc. as defendants. Under Federal Rule of Civil Procedure 4(m), plaintiffs were required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than October 29, 2023. The deadline for service passed without plaintiffs filing any proof of service or giving any other indication to the Court that the complaint was served on any defendant.

  Accordingly, on November 6, 2023, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute. The Court ordered plaintiffs to show cause in writing by November 20, 2023 why the case should not be dismissed without prejudice for plaintiffs' failure to prosecute and serve

defendants within the required time period. The Court further ordered that plaintiffs could discharge the Order to Show Cause by filing, not later than November 20, 2023, proof of service of the summons and complaint. The Court explicitly warned plaintiffs that failure to respond by November 20 may result in dismissal.

More than three weeks have passed since the November 20 deadline, and plaintiffs have neither filed proof of service nor responded in any way to the Order to Show Cause. Rule 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless plaintiff shows good cause to extend the time for service. Fed. R. Civ. P. 4(m). The Court has already ordered service by November 20, 2023, and given plaintiffs an opportunity to respond to the Order to Show Cause. Plaintiffs have not responded to the Order to Show Cause in any fashion. As such, dismissal without prejudice is warranted for failure to effect service and prosecute this action.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

Dated: January 2, 2024

HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE